| **United States Bankruptcy Court**<br>**District of Minnesota** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**THE CITY, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-0942352** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1315 12TH AVENUE NORTH**<br>**MINNEAPOLIS, MN**<br>ZIP Code **55411** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**HENNEPIN** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**THE CITY, INC.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **THE CITY, INC.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ MICHAEL L MEYER**
Signature of Attorney for Debtor(s)

**MICHAEL L MEYER 72527**
Printed Name of Attorney for Debtor(s)

**RAVICH MEYER KIRKMAN McGRATH NAUMAN & TANSEY PA**
Firm Name

**4545 IDS CENTER**
**80 SOUTH EIGHTH STREET**
**MINNEAPOLIS, MN 55402-2225**

_____
Address

**Email: mlmeyer@ravichmeyer.com**
**612-332-8511  Fax: 612-332-8302**
Telephone Number

**May 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ PATRICK G. SHERIDAN**
Signature of Authorized Individual

**PATRICK G. SHERIDAN**
Printed Name of Authorized Individual

**TREASURER**
Title of Authorized Individual

**May 11, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Minnesota

In re    **THE CITY, INC.**                               ,      Case No. _____

                                 Debtor       Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,000,000.00 | | |
| B - Personal Property | Yes | 4 | 42,735.15 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 387,340.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | 118,296.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 242,012.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 1,042,735.15 | | |
| Total Liabilities | | | | 747,649.42 | |

In re   **THE CITY, INC.**

              ,      Case No. _____

                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **BUILDING AND LAND**<br>**1315 12TH AVENUE NO**<br>**MINNEAPOLIS MN 55411** | | - | 1,000,000.00 | 386,000.00 |

|  | Sub-Total > | 1,000,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 1,000,000.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **THE CITY, INC.**                               ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CHECK FROM MINNEAPOLIS FOUNDATION** | - | 1,029.37 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **FRANKLIN BANK**<br>**525 WASHINGTON AVENUE NO**<br>**MINNEAPOLIS MN 55401**<br>**ACCT NO XXX2748** | - | 956.76 |
| | | **MORGAN STANLEY SMITH BARNEY**<br>**445 E LAKE STREET STE 320**<br>**WAYZATA MN 55391**<br>**ACCT NO XXXX6585** | - | 20,749.02 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **22,735.15**

(Total of this page)

   __3__   continuation sheets attached to the Schedule of Personal Property

In re    **THE CITY, INC.**                                ,     Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **THE CITY, INC.**                           ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 FORD E350 VAN VIN 1FBSS31L44HA24343** | - | 7,500.00 |
| | | **2004 FORD E350 VAN VIN 1FBSS31L24HA12255** | - | 7,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **FURNITURE** | - | 2,000.00 |
| | | **COMPUTER EQUIPMENT** | - | 2,500.00 |
| | | **COMPUTER EQUIPMENT (LOCATED AT VENDOR OFFICES)** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total &gt;      **20,000.00**<br>(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re **THE CITY, INC.** , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 42,735.15 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

In re **THE CITY, INC.**, Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **FRANKLIN BANK 525 WASHINGTON AVE NO MINNEAPOLIS, MN 55401** | | - | **SECOND MORTGAGE ON BUILDING AT 1315 12TH AVENUE NO., MINNEAPOLIS** Value $ 1,000,000.00 | | | | 176,000.00 | 0.00 |
| Account No. **HENNEPIN COUNTY TREASURER A-600 GOVERNMENT CENTER 300 SO 6TH STREET MINNEAPOLIS, MN 55487-0060** | | - | **PROPERTY TAXES** Value $ 0.00 | | | | 1,340.60 | 1,340.60 |
| Account No. **NONPROFIT ASSISTANCE FUND 2801 21ST AVE SO STE 210 MINNEAPOLIS, MN 55407** | | - | **FIRST MORTGAGE ON BUILDING AT 1315 12TH AVENUE NO., MINNEAPOLIS** Value $ 1,000,000.00 | | | | 210,000.00 | 0.00 |
| Account No. | | | Value $ | | | | | |

_0_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 387,340.60 | 1,340.60 |
| Total (Report on Summary of Schedules) | 387,340.60 | 1,340.60 |

.

In re    **THE CITY, INC.**                                       ,    Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                               Best Case Bankruptcy

In re  **THE CITY, INC.** _____,  Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ANDERSON, PATRICIA 1311 MORGAN AVENUE NO MINNEAPOLIS, MN 55411 | - | | WAGES AND ACCRUED VACATION | | | | 3,076.92 | 0.00 | 3,076.92 |
| Account No. BATTEAU, KIANA 200 NATHAN LANE MINNEAPOLIS, MN 55411 | - | | WAGES AND ACCRUED VACATION | | | | 2,632.70 | 0.00 | 2,632.70 |
| Account No. BLACKWELL, KENYA 4247 5TH AVENUE SO MINNEAPOLIS, MN 55409 | - | | WAGES | | | | 400.00 | 0.00 | 400.00 |
| Account No. BRADLEY, SKYP 2304 JAMES AVENIUE NO MINNEAPOLIS, MN 55411 | - | | WAGES | | | | 405.00 | 0.00 | 405.00 |
| Account No. BROWN, ANTONIO 1014 WESTBROOKE WAY #8 HOPKINS, MN 55434 | - | | WAGES AND ACCRUED VACATION | | | | 3,076.92 | 0.00 | 3,076.92 |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 9,591.54  9,591.54 |

In re   **THE CITY, INC.**                               ,      Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**DUO, GEORGE** <br>**8477 REGENT AVENUE NO  APT 103** <br>**BROOKLYN PARK, MN 55443** | - | | **WAGES** | | | | <br><br>**1,423.07** | **0.00** <br><br>**1,423.07** |
| Account No. <br><br>**DURR, SHIRLEY** <br>**3659 SNELLING AVENUE SO** <br>**MINNEAPOLIS, MN 55406** | - | | **WAGES** | | | | <br><br>**1,250.00** | **0.00** <br><br>**1,250.00** |
| Account No. <br><br>**EASTER, WILFRED** <br>**5736 GARFIELD AVENUE** <br>**MINNEAPOLIS, MN 55419** | - | | **WAGES AND ACCRUED VACATION** | | | | <br><br>**5,384.62** | **0.00** <br><br>**5,384.62** |
| Account No. <br><br>**ELLIS, CHARLNITTA** <br>**367 EAST 43RD** <br>**MINNEAPOLIS, MN 55409** | - | | **ACCRUED VACATION** | | | | <br><br>**2,599.69** | **0.00** <br><br>**2,599.69** |
| Account No. <br><br>**ENGLISH, WILLIAM** <br>**12800 50TH AVENUE NO** <br>**PLYMOUTH, MN 55442** | - | | **WAGES AND ACCRUED VACATION** | | | | <br><br>**5,384.62** | **0.00** <br><br>**5,384.62** |

Sheet __2___ of __6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal     **0.00**
(Total of this page)     **16,042.00**     **16,042.00**

In re    **THE CITY, INC.** _____ ,    Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GATES, CYNTHIA** <br> **11247 CROCUS STREET NW** <br> **COON RAPIDS, MN 55433** | - | | **WAGES AND ACCRUED VACATION** | | | | 3,576.92 | 0.00 <br><br> 3,576.92 |
| Account No. <br><br> **HARGON, JAMES** <br> **3720 PENN AVENUE NO** <br> **MINNEAPOLIS, MN 55411** | - | | **WAGES** | | | | 310.00 | 0.00 <br><br> 310.00 |
| Account No. <br><br> **HENDERSON, LETISHA** <br> **807 31ST AVENUE NO** <br> **MINNEAPOLIS, MN 55411** | - | | **WAGES** | | | | 235.00 | 0.00 <br><br> 235.00 |
| Account No. <br><br> **JACKSON, JUAN** <br> **1611 XERXES AVENUE NO** <br> **MINNEAPOLIS, MN 55411** | - | | **ACCRUED VACATION** | | | | 1,219.23 | 0.00 <br><br> 1,219.23 |
| Account No. <br><br> **LIS, MIKHAIL** <br> **6460 RANCHVIEW LANE NO** <br> **MAPLE GROVE, MN 55311** | - | | **WAGES** | | | | 1,440.00 | 0.00 <br><br> 1,440.00 |

Sheet _**3**_ of _**6**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 6,781.15 | 6,781.15 |

In re **THE CITY, INC.** _____, Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **LOUD, MIKE 2833 17TH AVENUE SO MINNEAPOLIS, MN 55407** | | - | WAGES AND ACCRUED VACATION | | | | 3,600.12 | | 0.00 3,600.12 |
| Account No. **NEWGARD, GREG 322 2ND STREET NE #102 MINNEAPOLIS, MN 55413** | | - | WAGES | | | | 1,211.54 | | 0.00 1,211.54 |
| Account No. **PAONE, ELIZABETH 4506 58TH AVENUE NO BROOKLYN CENTER, MN 55429** | | - | WAGES | | | | 1,400.00 | | 0.00 1,400.00 |
| Account No. **SLAUGHTER, JIMOTHY 3301 THOMAS AVENUE NO MINNEAPOLIS, MN 55412** | | - | WAGES AND ACCRUED VACATION | | | | 2,353.84 | | 0.00 2,353.84 |
| Account No. **SLOAN, JOHN 3625 COLORADO AVENUE NO CRYSTAL, MN 55427** | | - | WAGES | | | | 1,307.70 | | 0.00 1,307.70 |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) 9,873.20

0.00
9,873.20

In re __THE CITY, INC._____, Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**SMITH, CHARISMA**<br>**3516 14TH AVENUE SO   #2**<br>**MINNEAPOLIS, MN 55407** | - | | | **ACCRUED VACATION** | | | | 0.00<br><br><br>89.76 | 89.76 |
| Account No.<br><br>**SUTHERLAND, INDIA**<br>**5600 REGENT NO**<br>**MINNEAPOLIS, MN 55429** | - | | | **WAGES** | | | | 0.00<br><br><br>24.00 | 24.00 |
| Account No.<br><br>**THOMAS, CANDICE**<br>**3421 53RD AVENUE NO**<br>**BROOKLYN CENTER, MN 55429** | - | | | **WAGES** | | | | 0.00<br><br><br>414.00 | 414.00 |
| Account No.<br><br>**TURGEON, JESSE**<br>**4008 24TH AVENUE SO**<br>**MINNEAPOLIS, MN 55406** | - | | | **WAGES** | | | | 0.00<br><br><br>1,120.00 | 1,120.00 |
| Account No.<br><br>**WASHINGTON, BOBBIE**<br>**1313 44TH AVENUE NO**<br>**MINNEAPOLIS, MN 55412** | - | | | **WAGES AND ACCRUED VACATION** | | | | 0.00<br><br><br>1,990.56 | 1,990.56 |

Sheet _5___ of _6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 3,638.32 | 3,638.32 |

In re **THE CITY, INC.** _____,     Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **UNEMPLOYMENT CLAIMS** | | | | | | |
| **MN DEPT OF EMPLOYMENT AND ECONOMIC DEVELOPMENT 332 MINNESOTA STREET STE E-200 MINNEAPOLIS, MN 55415-1391** | - | | | | | | 72,370.00 | 0.00 | 72,370.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet _6_ of _6_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 72,370.00 | 0.00 / 72,370.00 |
| Total (Report on Summary of Schedules) | 118,296.21 | 0.00 / 118,296.21 |

In re    **THE CITY, INC.**                            Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SERVICES | | | | |
| **2ND WIND EXERCISE EQUIPMENT 7585 EQUITABLE DRIVE EDEN PRAIRIE, MN 55344** | - | | | | | | 450.00 |
| Account No. | | | SERVICES | | | | |
| **A-DAVE'S LOCK & SAFE 2019 EMERSON AVENUE NO MINNEAPOLIS, MN 55411** | - | | | | | | 43.50 |
| Account No. | | | SERVICES | | | | |
| **ADAMA, DINO P O BOX 80032 MINNEAPOLIS, MN 55408** | - | | | | | | 504.00 |
| Account No. | | | SERVICES | | | | |
| **ADVANCED IMAGING SOLUTIONS 6121 BAKER ROAD   STE 110 MINNETONKA, MN 55435** | - | | | | | | 829.36 |

__11__ continuation sheets attached

Subtotal<br>(Total of this page)    **1,826.86**

In re __THE CITY, INC._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | SERVICES | | | | |
| ARAMARK REFRESHMENT SERVICES 6667 OLD SHAKOPEE ROAD STE 103 BLOOMINGTON, MN 55438 | | - | | | | | | 272.97 |
| Account No. | | | | 2010 WEBSITE HOSTING | | | | |
| AVENET 1300 GODWARD ST NE  STE 2625 MINNEAPOLIS, MN 55413 | | - | | | | | | 480.00 |
| Account No. | | | | SERVICES | | | | |
| BUREAU OF CRIMINAL APP 1430 MARYLAND AVENUE EAST ST PAUL, MN 55106 | | - | | | | | | 16.00 |
| Account No. | | | | SERVICES | | | | |
| BUSINESS DATA RECORD SERVICES 201 9TH AVENUE SW NEW BRIGHTON, MN 55112 | | - | | | | | | 852.17 |
| Account No. | | | | AUDIT | | | | |
| CARPENTER EVERT 7760 FRANCE AVENUE SO  STE 940 BLOOMINGTON, MN 55435 | | - | | | | | | 1,575.00 |

Sheet no. __1___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,196.14

In re   **THE CITY, INC.**                                                      ,        Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | UTILITIES | | | | |
| **CENTERPOINT ENERGY**<br>**P O BOX 1144**<br>**MINNEAPOLIS, MN 55440-1144** | | - | | | | | 2,223.94 |
| Account No. | | | INTERNET | | | | |
| **COMCAST**<br>**P O BOX 3002**<br>**SOUTHEASTERN, PA 19398-3002** | | - | | | | | 283.00 |
| Account No. | | | SUPPLIES | | | | |
| **COSTCO**<br>**(HSBC BUSINESS SOLUTIONS)**<br>**P O BOX 5219**<br>**CAROL STREAM, IL 60197** | | - | | | | | 2,460.68 |
| Account No. | | | 2011 POLLUTION CONTROL ANNUAL BILL | | | | |
| **DEPT OF REG SERVICES**<br>**ENVIRON MANAGEMENT**<br>**250 SO 4TH STREET   STE 414**<br>**MINNEAPOLIS, MN 55415** | | - | | | | | 168.00 |
| Account No. | | | TABS | | | | |
| **DRIVER & VEHICLE SERVICES**<br>**P O BOX 64587**<br>**ST PAUL, MN 55164-0587** | | - | | | | | 130.50 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,266.12**

In re   **THE CITY, INC.**                    ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | SERVICES | | | | |
| **DYNAMIC DUO P O BOX 43484 BROOLYN PARK, MN 55443** | | - | | | | | | 1,991.70 |
| Account No. | | | | REIMBURSEMENT | | | | |
| **EASTER, FRED 5736 GARFIELD AVENUE MINNEAPOLIS, MN 55419** | | - | | | | | | 110.74 |
| Account No. | | | | UNEMPLOYMENT INSURANCE | | | | |
| **FIRST NON-PROFIT 1 SO WACKER DRIVE  STE 2380 CHICAGO, IL 60606** | | - | | | | | | 17,392.25 |
| Account No. | | | | UTILITIES | | | | |
| **GREAT AMERICA LEASING CORP. P O BOX 660831 DALLAS, TX 75266-0831** | | - | | | | | | 2,317.31 |
| Account No. | | | | SERVICES | | | | |
| **HENNEPIN COUNTY COMMUNITY CORRECTIONS 3000 N 2ND STREET MINNEAPOLIS, MN 55411** | | - | | | | | | 1,747.24 |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **23,559.24**

In re **THE CITY, INC.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | FINES | | | | |
| HENNEPIN COUNTY LIBRARY 611 VAN WHITE MEMORIAL DRIVE MINNEAPOLIS, MN 55411 | | - | | | | | | 47.80 |
| Account No. | | | | SUPPLIES | | | | |
| HOME DEPOT P O BOX 183175 COLUMBUS, OH 43218-3175 | | - | | | | | | 594.37 |
| Account No. | | | | SERVERS | | | | |
| IMCOMPASS, INC. 300 2ND STREET NW ST PAUL, MN 55112 | | - | | | | | | 8,511.91 |
| Account No. | | | | UTILITIES | | | | |
| INTEGRA P O BOX 2966 MILWAUKEE, WI 53201 | | - | | | | | | 0.24 |
| Account No. | | | | SERVICES | | | | |
| J N JOHNSON SALES & SERVICE 4200 WEST 76TH STREET MINNEAPOLIS, MN 55435 | | - | | | | | | 167.75 |

Sheet no. \_\_**4**\_\_ of \_\_**11**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
9,322.07

In re   **THE CITY, INC.**                       ,        Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | ACCOUNTING CONTRACTOR | | | | |
| **LARSONALLEN ACCOUNTING SERVICE 220 SO SIXTH STREET  STE 300 MINNEAPOLIS, MN 55402** | - | | | | | | 14,297.50 |
| Account No. | | | SUPPLIES | | | | |
| **LITIN PAPER 434 LAKESIDE DRIVE NO  STE 100 MINNEAPOLIS, MN 55405-1529** | - | | | | | | 19.80 |
| Account No. | | | SERVICES | | | | |
| **MACC ALLIANCE OF CONNECTED COMMUNITIES 414 SO EIGHT STREET MINNEAPOLIS, MN 55404** | - | | | | | | 589.18 |
| Account No. | | | SERVICES | | | | |
| **MAP FOR NONPROFITS 2314 UNIVERSITY AVE W  STE 28 ST PAUL, MN 55114** | - | | | | | | 100.00 |
| Account No. | | | SERVICES | | | | |
| **METRO TRANSIT 560 6TH AVENUE NO MINNEAPOLIS, MN 55411-4332** | - | | | | | | 1,002.50 |

Sheet no. **5** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **16,008.98**

In re  **THE CITY, INC.**                                              ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | SERVICES | | | | |
| **MFAS**<br>**1925 NICOLLET AVENUE**<br>**MINNEAPOLIS, MN 55403** | | - | | | | | | 2,669.00 |
| Account No. | | | | WATER | | | | |
| **MINNEAPOLIS FINANCE**<br>**350 SO 5TH STREET**<br>**MINNEAPOLIS, MN 55415-1315** | | - | | | | | | 2,406.77 |
| Account No. | | | | ALARM RESPONSE | | | | |
| **MINNEAPOLIS FINANCE**<br>**DEPT. ALARMS**<br>**250 SO 4TH STREET  RM 300**<br>**MINNEAPOLIS, MN 55415-1391** | | - | | | | | | 700.00 |
| Account No. | | | | WORKERS COMP | | | | |
| **NONPROFIT INSURANCE TRUST**<br>**P O BOX 327**<br>**LAKEVILLE, MN 55044-0327** | | - | | | | | | 2,387.70 |
| Account No. | | | | SERVICES | | | | |
| **NORTH METRO AUTOGLASS**<br>**1321 ANDOVER BLVD NE  STE 104**<br>**HAM LAKE, MN 55304** | | - | | | | | | 607.00 |

Sheet no.  **6**  of  **11**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **8,770.47**

In re **THE CITY, INC.**              ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SUPPLIES | | | | |
| OFFICE DEPOT P O BOX 630813 CINCINNATI, OH 45263-0813 | - | | | | | | 697.69 |
| Account No. | | | SERVICES | | | | |
| OPPENHEIMER WOLFF & DONNELLY 45 SO 7TH STREET   STE 3300 MINNEAPOLIS, MN 55402 | - | | | | | | 512.31 |
| Account No. | | | CONTRACTOR - SCHOOL | | | | |
| ORION WISNESS 3953 25TH AVENUE SO MINNEAPOLIS, MN 55406 | - | | | | | | 780.00 |
| Account No. | | | FAX LINE | | | | |
| QWEST P O BOX 91154 SEATTLE, WA 98111-9254 | - | | | | | | 502.57 |
| Account No. | | | SERVICES | | | | |
| R C LAMBERT & ASSOC 800 BRENNER AVENUE ROSEVILLE, MN 55113 | - | | | | | | 164.10 |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal             **2,656.67**
                                  (Total of this page)

In re  **THE CITY, INC.**                                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RS EDEN**<br>**1931 W BROADWAY STE 101**<br>**MINNEAPOLIS, MN 55411** | - | | SCHOOL MEALS | | | | 4,998.00 |
| Account No.<br><br>**SECAP**<br>**10 CLIPPER RAOD**<br>**CONSHOHOCKEN, PA 19428** | - | | OFFICE EQUIPMENT | | | | 192.45 |
| Account No.<br><br>**SECOND HARVEST**<br>**1140 GERVAIS AVENUE**<br>**ST PAUL, MN 55109** | - | | SUPPLIES | | | | 178.28 |
| Account No.<br><br>**SPRINT**<br>**P O BOX 4181**<br>**CAROL STREAM, IL 60197-4181** | - | | CELL PHONE SERVICE | | | | 1,722.51 |
| Account No.<br><br>**STANLEY SOLUTIONS**<br>**DEPT CH 10651**<br>**PALATINE, IL 60055-0651** | - | | SERVICES | | | | 645.42 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,736.66

In re **THE CITY, INC.**                                              Case No. _____
                                                    ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | NEWSPAPER | | | | |
| STAR TRIBUNE 425 PORTLAND AVENUE MINNEAPOLIS, MN 55488 | | - | | | | | 149.50 |
| Account No. | | | SCHOOL | | | | |
| TEACHERS ON CALL 3001 METRO DRIVE  STE 480 BLOOMINGTON, MN 55425 | | - | | | | | 750.00 |
| Account No. | | | UTILITIES | | | | |
| TELESPHERE NETWORKS 3900 E MEXICO AVENUE  STE 930 DENVER, CO 80210 | | - | | | | | 1,526.35 |
| Account No. | | | SERVICES | | | | |
| THERMAX 405 1ST AVENUE W SHAKOPEE, MN 55379 | | - | | | | | 550.00 |
| Account No. | | | SERVICES | | | | |
| TOM KRAEMER INC 16820 CTY ROAD 158 P O BOX 443 COLD SPRING, MN 56320 | | - | | | | | 1,050.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                4,025.85

In re   **THE CITY, INC.**               ,    Case No. _____

                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UNEMPLOYMENT SERVICES TRUST**<br>**P O BOX 22657**<br>**SANTA BARBARA, CA 93121** | - | | INSURANCE | | | | 123,088.34 |
| Account No.<br><br>**US BANK**<br>**P O BOX 790448**<br>**ST LOUIS, MO 63179-0448** | - | | COPIERS | | | | 2,594.10 |
| Account No.<br><br>**VEOLIA**<br>**309 COMO AVENUE**<br>**SAINT PAUL, MN 55103** | - | | WASTE REMOVAL | | | | 124.56 |
| Account No.<br><br>**WATERMAN WITTSTOCK, LAURA**<br>**3123 E LAKE STREET  STE 200**<br>**MINNEAPOLIS, MN 55406** | - | | SERVICES | | | | 4,000.00 |
| Account No.<br><br>**WELLS FARGO LEASING**<br>**P O BOX 3464**<br>**CAROL STREAM, IL 60197** | - | | COPIES | | | | 28,780.64 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

158,587.64

In re **THE CITY, INC.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SNOW REMOVAL | | | | |
| **WILLIAMS, ISAAC** | - | | | | | | |
| | | | | | | | 300.00 |
| Account No. | | | UTILITIES | | | | |
| **XCEL ENERGY P O BOX 9477 MINNEAPOLIS, MN 55484-9477** | - | | | | | | |
| | | | | | | | 755.91 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 1,055.91 |
|---|---|
| Total (Report on Summary of Schedules) | 242,012.61 |

In re   **THE CITY, INC.**                                        ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ADVANCED IMAGING SOLUTIONS**<br>**6121 BAKER ROAD STE 110**<br>**MINNETONKA, MN 55435** | **COPIER LEASE** |
| **US BANK**<br>**1310 MADRID STREET**<br>**MARSHALL, MN 56258** | **KYOCERA COPIER LEASE** |
| **WELLS FARGO FINANCIAL LEASING**<br>**MAC F4030-070**<br>**800 WALNUT STREET**<br>**DES MOINES, IA 50309** | **5 SHARP COPIERS** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **THE CITY, INC.**                                ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**   ____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Minnesota

In re  **THE CITY, INC.**                                                    Case No. _____

Debtor(s)                                  Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the TREASURER of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 11, 2011**                              Signature  **/s/ PATRICK G. SHERIDAN**

**PATRICK G. SHERIDAN**
**TREASURER**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re __THE CITY, INC.__            Case No. _____

                                       Debtor(s)        Chapter    __7__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$1,508,182.00** | **2010 REVENUE FROM GOVERNMENT GRANTS, DONATIONS, PROGRAM SERVICE FEES AND UNITED WAY** |
| **$2,041,633.00** | **2009 REVENUE FROM GOVERNMENT GRANTS, DONATIONS, PROGRAM SERVICE FEES AND UNITED WAY** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **XCEL ENERGY**<br>**P O BOX 9477**<br>**MINNEAPOLIS, MN 55484-9477** | **4/20/2011** | **$1,475.04** | **$2,223.94** |
| **XCEL ENERGY**<br>**P O BOX 9477**<br>**MINNEAPOLIS, MN 55484-9477** | **3/10/2011** | **$3,016.49** | **$0.00** |
| **CENTERPOINT ENERGY**<br>**P O BOX 1144**<br>**MINNEAPOLIS, MN 55440-1144** | **3/23/2011** | **$3,275.23** | **$755.91** |
| **FRANKLIN BANK**<br>**525 WASHINGTON AVENUE NO**<br>**MINNEAPOLIS, MN 55401** | **2/28/2011** | **$2,688.85** | **$0.00** |
| **FRANKLIN BANK**<br>**525 WASHINGTON AVENUE NO**<br>**MINNEAPOLIS, MN 55401** | **3/29/2011** | **$2,688.85** | **$0.00** |
| **FRANKLIN BANK**<br>**525 WASHINGTON AVENUE NO**<br>**MINNEAPOLIS, MN 55401** | **4/29/2011** | **$2,688.85** | **$176,000.00** |

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RICHARD BRANCHAUD-LINSK V. THE CITY, INC. MDCR FILE NO A6023-EM-1E EEOC FILE NO 265-2008-02471** | **AGE DISCRIMINATION CLAIM** | **CITY OF MINNEAPOLIS COMMISSION ON CIVIL RIGHTS 350 SOUTH 5TH STREET  ROOM 239 MINNEAPOLIS MN 55415** | **CASE DISMISSED BY COMMISSION ER 1/25/2011** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| HARD DRIVES $2,500 PRINTERS $1,300 MONITORS $100 LAPTOPS $750 OTHER $30,000 | BURGLARY ON 1/15/2011. MINOR DAMAGES TO DOOR LOCKS. STOLEN ITEMS. MINNEAPOLIS POLICE DEPT CASE NO 11-16658. | 1/15/2011 |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| RAVICH MEYER KIRKMAN McGRATH NAUMAN & TANSEY, P.A. 4545 IDS CENTER 80 SO 8TH STREET MINNEAPOLIS, MN 55402 | 4/26/2011 | $5,000 |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| THE CITY, INC. | 41-0942352 | 1315 12TH AVENUE NO MINNEAPOLIS, MN 55411 | A NON-PROFIT ORGANIZATION THAT RAN A VARIETY OF INNER-CITY PROGRAMS FOR AT-RISK YOUTH AND FAMILIES, SUCH AS: A HIGH SCHOOL, YOUTH PROGRAMS FOR AFTER-SCHOOL CARE AND TRADES TRAINING, AND FAMILY PROGRAMS ADDRESSING FAMILY VIOLENCE AND HIV. | |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
□ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| DANIEL HOGAN 1315 12TH AVENUE NO MINNEAPOLIS, MN 55411 | 1/1/2008 - 10/31/2010 |
| DAWN MILES 4100 THOMAS AVENUE NO MINNEAPOLIS, MN 55412 | 1/1/2008 - 12/15/2010 |
| LARSONALLEN ACCOUNTING SERVICES 220 SO SIXTH STREET  STE 300 MINNEAPOLIS, MN 55402 | 11/30/2010 - 3/31/2011 |

None
□ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| CARPENTER EVERT | 7760 FRANCE AVENUE SO  STE 940 BLOOMINGTON, MN 55435 | FISCAL YEAR 2009 |
| BWK ROGERS PC | 431 SO 7TH STREET  STE 2424 MINNEAPOLIS, MN 55415 | FISCAL YEAR 2008 |

None☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **PATRICK SHERIDAN** | **4445 HARRIET AVENUE**<br>**MINNEAPOLIS, MN 55419** |
| **ROBIN RADKE** | **45 SO 7TH STREET  STE 3300**<br>**MINNEAPOLIS, MN 55402** |

None☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **FRANKLIN BANK**<br>**525 WASHINGTON AVENUE NO**<br>**MINNEAPOLIS, MN 55401** | **9/2009** |
| **NONPROFIT ASSISTANCE FUND**<br>**2801 21ST AVENUE SO  STE 210**<br>**MINNEAPOLIS, MN 55407** | **9/2009** |

## 20. Inventories

None■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **ROBIN RADKE**<br>**45 SO 7TH STREET  STE 3300**<br>**MINNEAPOLIS, MN 55402** | **DIRECTOR** | |
| **PATRICK SHERIDAN**<br>**4445 HARRIET AVENUE**<br>**MINNEAPOLIS, MN 55419** | **DIRECTOR, TREASURER** | |
| **WILMA PRYOR**<br>**2751 COMSTOCK LANE NO**<br>**PLYMOUTH, MN 55447** | **DIRECTOR** | |
| **ROBERT HOLDER**<br>**6600 LYNDALE AVENUE SO**<br>**RICHFIELD, MN 55423** | **DIRECTOR** | |

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| **WARREN E SIMPSON**<br>**4875 KNOTTINGHAM CIR**<br>**MENDOTA HEIGHTS, MN 55122** | **DIRECTOR** | **9/30/2010** |
| **MEGAN RUWE**<br>**225 SO 6TH STREET  STE 3500**<br>**MINNEAPOLIS, MN 55402** | **DIRECTOR** | **8/31/2010** |
| **WILFRED EASTER**<br>**5736 GARFIELD AVENUE**<br>**MINNEAPOLIS, MN 55419** | **CEO, PRESIDENT** | **12/31/2010** |
| **HARVEY RUCKER**<br>**4728 PORTLAND AVENUE**<br>**MINNEAPOLIS, MN 55419** | **DIRECTOR** | **9/30/2010** |
| **CINDY GATES**<br>**11247 CROCUS STREET NW**<br>**COON RAPIDS, MN 55433** | **COO** | **1/10/2011** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    __**May 11, 2011**_____      Signature    __**/s/ PATRICK G. SHERIDAN**_____

                                                                **PATRICK G. SHERIDAN**
                                                                **TREASURER**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of Minnesota

In re   **THE CITY, INC.**                                 Case No. _____

                                        Debtor(s)             Chapter     **7**

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1.     The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.     (a)    The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:    $      **299.00**

         (b)    The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:    $      **0.00**

         (c)    Prior to filing this statement, the debtor(s) paid to the undersigned:    $      **0.00**

         (d)    The unpaid balance due and payable by the debtor(s) to the undersigned is:    $      **0.00**

3.     The services rendered or to be rendered include the following:
        (a) negotiations with creditors; and
        (b) other services reasonably necessary to represent the debtor(s) in this case.

4.     The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.     The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:   **May 11, 2011**                  Signed:   **/s/ MICHAEL L MEYER**

                                                  **MICHAEL L MEYER 72527**

                                                    Attorney for Debtor(s)
                                                    **RAVICH MEYER KIRKMAN McGRATH NAUMAN & TANSEY PA**
                                                    **4545 IDS CENTER**
                                                    **80 SOUTH EIGHTH STREET**
                                                    **MINNEAPOLIS, MN 55402-2225**
                                                    **612-332-8511  Fax: 612-332-8302**

LOCAL RULE REFERENCE:  1007-1

# WRITTEN CONSENT RESOLUTIONS OF
## THE BOARD OF DIRECTORS OF
## THE CITY, INC.,
### a Minnesota nonprofit corporation

The undersigned, being at least a majority of the members of the Board of Directors (the "Board") of The City, Inc., a Minnesota nonprofit corporation (the "Organization"), do hereby waive notice of the time, date, place and purpose of meeting and hereby adopt, pursuant to Section 317A.239 of the Minnesota Nonprofit Corporation Act and the Organization's Articles of Incorporation and Bylaws (the "Bylaws"), the following resolutions by written consent, having the same force and effect as if adopted at a meeting duly called and held for such purpose, effective as of May 11, 2011:

*Approval of Bankruptcy Filing*

**WHEREAS,** the Organization is indebted to various creditors, including, without limitation, Franklin National Bank of Minneapolis, Nonprofits Assistance Fund and certain of the Organization's previous employees and vendors (collectively, the "Creditors" and such amounts owed to Creditors, the "Indebtedness"), for debts incurred during the Organization's historical operations.

**WHEREAS,** the Organization owns certain assets, the most significant of which is the building located at 1315 12th Avenue North, Minneapolis, MN (the "Building").

**WHEREAS,** the Board believes after appropriate consultation with counsel that the best means to ensure an orderly liquidation of the Building is to file for bankruptcy protection under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Filing").

**RESOLVED,** that the Board hereby determines that the Bankruptcy Filing is in the best interest of the Organization and its Creditors.

**RESOLVED FURTHER,** that any member of the Board (each an "Authorized Person"), is hereby authorized and directed to execute and deliver and file any documents necessary or convenient to carry out the Bankruptcy Filing, in the name of and on behalf of the Organization with such additions to, deletions from or changes in such agreements as an Authorized Person of the Organization may approve, such approval to be conclusively evidenced by such execution and delivery, and to take such other actions as may be required or convenient for purposes of the Bankruptcy Filing, including the employment of Michael L. Meyer and Michael D. Howard, attorneys with the law firm of Ravich, Meyer, Kirkman, McGrath, Nauman & Tansey, P.A., to represent the Organization in regard to the filing of a voluntary petition and representation at the initial meeting of creditors.

*Authorized Actions*

**RESOLVED FURTHER,** that each Authorized Person, or any one of them, are authorized, empowered and directed, in the name of and on behalf of the Organization, to take all reasonable steps as may be necessary from time to time in order to carry out the purpose and

intent of these resolutions, including, without limitation, the preparation and completion, with legal counsel, of all required documents and the consummation of the Bankruptcy Filing.

**RESOLVED FURTHER**, that all of the acts or instruments of the officers or directors of the Organization heretofore performed or executed on behalf of the Organization that are consistent with the purpose and intent of these resolutions are hereby in all respects authorized, adopted, approved, ratified and confirmed.

*[signature page follows]*

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent effective as of the date first written above.

_____        _____
Bob Holder                                           Robin Radke


_____        _____
Wilma Pryor                                          Patrick Sheridan

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent effective as of the date first written above.

_____
Bob Holder

_____
Robin Radke

_____
Wilma Pryor

_____
Patrick Sheridan

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent effective as of the date first written above.

_____
Bob Holder

_____
Robin Radke

_____
Wilma Pryor

_____
Patrick Sheridan

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**THE CITY, INC.**
Debtor(s).

**SIGNATURE DECLARATION**

Case No. _____

☒ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: **May 11, 2011**

X _____
Signature of Debtor or Authorized Representative

**PATRICK G. SHERIDAN**
Printed Name of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

_____
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

# United States Bankruptcy Court
## District of Minnesota

In re   **THE CITY, INC.**

Debtor(s)

Case No. _____

Chapter   **7** _____

## NOTICE OF RESPONSIBILITIES OF
## CHAPTER 7 DEBTORS AND THEIR ATTORNEYS

This Notice lists certain responsibilities of debtors and their attorneys. Nothing in this document changes, limits, or in any way alters the debtor's or the debtor's attorney's obligations under the Bankruptcy Code, the local and national rules, or any rule of professional responsibility.

UNLESS THE COURT ORDERS OTHERWISE:

I.   Before the case is filed, the attorney for the chapter 7 debtor shall, at a minimum:

   A.   Meet with the debtor to review and analyze the debtor's real and personal property, debts, income, and expenses and advise the debtor on whether to file a bankruptcy petition;

   B.   Explain the various bankruptcy and non-bankruptcy options, the consequences of filing under chapters 7, 11 or 13 and answer the debtor's questions;

   C.   Explain to the debtor how the attorney's fees are paid;

   D.   Advise the debtor of the requirement to provide to the trustee the most recently filed tax return(s) at least seven days prior to the scheduled meeting of creditors. In addition, advise the debtor of the requirement to attend the meeting of creditors and identify the documents the debtor must bring to the meeting;

   E.   Advise the debtor that providing false information in the bankruptcy schedules or false testimony at the meeting of creditors or other hearing or trial may expose the debtor to criminal prosecution and denial of discharge;

   F.   Advise the debtor of the necessity of maintaining liability, collision, and comprehensive insurance on vehicles securing loans or leases;

   G.   Timely prepare and file the debtor's petition, plan, schedules, statements, certificates, and other documents required to commence a case, and review them for accuracy contemporaneously with the filing.

II.   After the case is filed, the attorney for the chapter 7 debtor shall, at a minimum:

   A.   Ensure that the debtor is adequately represented by an attorney at the meeting of creditors;

   B.   Prepare, file, and serve any necessary amendments to the petition, schedules, and statements;

   C.   Promptly respond to the debtor's questions throughout the case;

   D.   Consider and advise the debtor concerning the debtor's options to buy, sell or refinance real or personal property and assume or reject executory contracts or unexpired leases;

   E.   Prepare and file a proof of claim for a creditor when appropriate to protect the debtor's interest;

   F.   Fully advise the debtor of the legal effect and consequences of proposed reaffirmation agreements and any defaults thereunder and, where appropriate, negotiate alternate terms with secured creditors, ensure that any agreement is fully and properly completed and filed and appear at any hearing, if required;

   G.   Advise the debtor in motions for relief from the automatic stay, file objections when appropriate, and appear, when required, at any hearing;

1

H.      Prepare, file, and serve responses to motions for dismissal of the case;

I.      Advise the debtor of the requirement to complete an instructional course in personal financial management and the consequences of not doing so;

J.      Represent the debtor in connection with any audit request; and

K.      Represent the debtor in bringing and defending any and all other matters or proceedings in the bankruptcy case as necessary for the proper administration of the case.

III.    The attorney shall comply with Local Rule 9010-3 and represent the debtor in bringing and defending all matters in the bankruptcy case until a substitution of attorneys is filed or an order is entered allowing the attorney to withdraw.

Unless otherwise agreed, the attorney has no responsibility to represent the debtor in adversary proceedings. However, if an adversary proceeding is filed against the debtor, the attorney will explain to the debtor the estimated cost of providing representation in the adversary proceeding, the risks and consequences of an adverse judgment, and the risks and consequences of proceeding without counsel, as well as the sources, if any, of possible pro bono representation.

IV.     Before the case is filed, the chapter 7 debtor shall:

A.      Fully disclose, review and analyze with the attorney the debtor's real and personal property, all debts, income, expenses and all other financial information needed to properly complete the schedules and statements;

B.      Prior to and throughout the case respond promptly to all communications from the attorney;

C.      Prior to and throughout the case, timely provide the attorney with full and accurate financial and other information and documentation the attorney requests, INCLUDING BUT NOT LIMITED TO:

1.      A Certificate of Credit Counseling and any debt repayment plan;

2.      Proof of income received from all sources in the six-month period preceding filing, including pay stubs, social security statements, workers' compensation payments, income from rental property, pensions, disability payments, child and spousal support, and income from self-employment;

3.      The most recently filed federal and state income tax returns, or transcripts of returns, as well as any other returns requested by the attorney, the trustee, the court, or a party in interest;

4.      A government-issued photo identification and proof of social security number, such as a social security card or W-2;

5.      A record of interest, if any, in an educational individual retirement account or a qualified state tuition program;

6.      The name, address, and telephone number of any person or state agency to whom the debtor owes back child or spousal support or makes current child or spousal support payments, and any and all supporting court orders, declarations of voluntary support payments, separation agreements, divorce decrees, or property settlement agreements;

7.      Any insurance policies requested by the attorney;

8.      Vehicle titles for all cars, trucks, motorcycles, boats, ATVs, and other vehicles titled in the debtor's name;

9.      Legal descriptions for all real property, wherever located, owned by the debtor or titled in the debtor's name, or in which the debtor has any interest whatsoever, including but not limited to, a timeshare, remainder interest, or life estate;

10.     Documents relating to any inheritance to which the debtor is entitled or may be entitled;

2

11.   Information relating to any foreclosures, repossessions, seizures, wage garnishments, liens, or levies on assets which occurred in the preceding 12 months or continues after the filing of the case;

12.   Information and documents relating to any prior bankruptcies filed by the debtor(s) or any related entity;

13.   Any changes in income or financial condition, such as job loss, illness, injury, inheritance, or lottery winnings before or during the case;

14.   Information and documents relating to any lawsuits in which the debtor is involved before or during the case or claims the debtor has or may have against third parties;

15.   Information relating to any seizure of tax refunds by the IRS or Department of Revenue;

16.   All information or documentation needed to respond to any motion or objection in the bankruptcy case;

17.   Any tax returns, account statements, pay stubs, or other documentation necessary to timely comply with requests made by the United States Trustee or the Chapter 7 Trustee or any audit requests.

D.   Cooperate with the attorney in preparing, reviewing, and signing the petition, schedules, statements, and all other documents required for filing a bankruptcy case.

V.   After the case is filed, the chapter 7 debtor shall:

A.   Timely and promptly comply with all applicable bankruptcy rules and procedures;

B.   Appear punctually at the meeting of creditors with recent proof of income, a government-issued photo identification card, proof of social security number, and copies of all financial account statements covering the date the bankruptcy petition was filed;

C.   Contact the attorney before buying, refinancing, or contracting to sell real property and before entering into any loan agreement until the debtor receives a discharge;

D.   Keep the court, the trustee, and the attorney informed of the debtor's current address and telephone number; and

E.   Complete an approved debtor education course and provide the certificate of attendance to the attorney for filing.

VI.   The chapter 7 debtor's attorney shall, both before and after the case is filed, comply with all applicable professional and ethical rules and shall exercise civility in dealings with all entities with which the attorney comes in contact. The attorney shall also advise the chapter 7 debtor to likewise act in a civil and courteous manner, to dress in a manner appropriate for a federal proceeding and debtors shall do so.

Signatures. By signing this acknowledgment, the debtor and the attorney certify they have read it and understand what is required of the debtor and the attorney in this bankruptcy case.

| | |
|---|---|
| | May 11, 2011 |
| PATRICK G. SHERIDAN | Date |
| Debtor | |
| | May 11, 2011 |
| MICHAEL L MEYER 72527 | Date |
| Attorney | |

A fully executed copy of this document must be filed with the petition commencing the bankruptcy case of the debtor(s).

3

# United States Bankruptcy Court
## District of Minnesota

In re    __THE CITY, INC.__                             Case No. _____

                                       Debtor(s)      Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the TREASURER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __May 11, 2011__ _____        __/s/ PATRICK G. SHERIDAN__ _____

                                                __PATRICK G. SHERIDAN/TREASURER__
                                                Signer/Title

# United States Bankruptcy Court
## District of Minnesota

In re    __THE CITY, INC.__                  Case No. _____

                                  Debtor(s)         Chapter     __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __THE CITY, INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 11, 2011__                  **/s/ MICHAEL L MEYER**
Date                             **MICHAEL L MEYER 72527**
                                   Signature of Attorney or Litigant
                                   Counsel for __THE CITY, INC.__
                                   **RAVICH MEYER KIRKMAN McGRATH NAUMAN & TANSEY PA**
                                   **4545 IDS CENTER**
                                   **80 SOUTH EIGHTH STREET**
                                   **MINNEAPOLIS, MN 55402-2225**
                                   **612-332-8511 Fax:612-332-8302**
                                   **mlmeyer@ravichmeyer.com**